January 28, 1975.

No. 649. AMEK BIN RILLA, a/k/a, James R. Preston, Plaintiff and Appellant, v. CLARENCE B. TRAEGER, County Judge, Defendant and Respondent.

For the appellant there was a brief by *Amek bin Rilla,* per se, Waupun. For the defendant-respondent there was a brief by *Bronson C. La Follette,* attorney general, and *James H. Petersen,* assistant attorney general.

Order affirmed.